UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

**CIVIL MINUTES - GENERAL**

| Case No. | CV17-2600 PSG (RAOx) | Date | September 5, 2017 |
|---|---|---|---|
| Title | Valentin De La Cruz v. Midland Credit Management, *et al.* | | |

| Present: | The Honorable Philip S. Gutierrez, United States District Judge | |
|---|---|---|
| Wendy Hernandez | | Not Reported |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Plaintiff(s): | | Attorneys Present for Defendant(s): |
| Not Present | | Not Present |

**Proceedings:** (In Chambers) Order Administratively Closing Case

This case is stayed pending resolution of *In Re: Midland Credit Management, Inc., Telephone Consumer Protection Act Litigation*, Case No.: 3:11md-02286-MMA-MDD ("MDL").

The case is administratively closed.

**IT IS SO ORDERED.**